**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

RONALD MONROE; AMANDA SOLINKO,

Plaintiffs

v.

GREYHOUND LINES, INC.; DOE EMPLOYEE; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X inclusive,

Defendants

Case No.: 2:26-cv-02355-APG-EJY

**Order Deeming Order to Show Cause Satisfied**

In light of defendant Greyhound Lines, Inc.'s response to the order to show cause (ECF No. 7),

I ORDER that the order to show cause (ECF No. 4) is satisfied, and I will not remand this action to the state court for lack of subject matter jurisdiction.

DATED this 12th day of August, 2026.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE